UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

                                   Plaintiffs,

        -against-

NEILMAX INDUSTRIES, INC. and
NIRANJAN PATEL,

                                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLAINTIFFS'
DISCLOSURE STATEMENT**

07 CV 10378

Plaintiffs, by their attorney, Peter M. Levine, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state:

    1.    ARCS & ANGLES, INC., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock;

    2.    ZAHNER DESIGN GROUP LTD., a non-governmental corporate party, does not have any parent corporations and does not have any publicly held parents, affiliates, or subsidiaries; and no corporation owns 10 percent or more of its stock.

Dated: New York, New York
       November 15, 2007

                                       /s/ Peter M. Levine
                                       PETER M. LEVINE
                                       Attorney for Plaintiffs
                                       488 Madison Avenue
                                       New York, New York 10022
                                       212-599-0009