UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ARCS & ANGLES, INC., et ano.,                     Case No. 07 CIV 10378
       Plaintiffs,                AFFIDAVIT OF SERVICE

  -against-

NEILMAX INDUSTRIES, INC.,
et ano.,
       Defendants.
----------------------------------X
STATE OF NEW JERSEY )
       s.s.:
COUNTY OF SOMERSET  )

  _Dina Sbaraglio_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

  That on the _19_ day of November, 2007, at approximately _1:15_ a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Complaint, Plaintiffs' Disclosure Statement, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Niranjan Patel at Neilmax Industries, Inc., 225 Terminal Avenue, Clark, New Jersey by personally delivering and leaving the same with _Niranjan Patel a/k/a Neil Patel_ at that address, the Defendant's actual place of business. At the time of service deponent asked if Niranjan Patel is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

_Niranjan Patel a/k/a Neil Patel_ is a _white male_ approximately _55_ years of age, stands approximately _5_ feet, _4_ inches tall, weighs approximately _165_ pounds with _Black_ hair and _dark_ eyes.

            Sworn to before me this
            _19_ day of November, 2007.

_Dina Sbaraglio_     _Karen Lee Swickle_
PROCESS SERVER     KAREN LEE SWICKLE
           Notary Public, State of New Jersey
           Commission Expires January 7, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARCS & ANGLES, INC., et ano.,            Case No. 07 CIV 10378
                    Plaintiffs,          AFFIDAVIT OF SERVICE

        -against-

NEILMAX INDUSTRIES, INC.,
et ano.,
                    Defendants.
------------------------------------X
STATE OF NEW JERSEY )
                    s.s.:
COUNTY OF SOMERSET  )

_Dina Sbaraglio_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _19_ day of November, 2007, at approximately _1:15_ a.m./(p.m.), deponent served a true copy of the Summons in a Civil Action, Complaint, Plaintiffs' Disclosure Statement, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Neilmax Industries, Inc. at 225 Terminal Avenue, Clark, New Jersey by personally delivering and leaving the same with _Neil Patel_, who informed deponent that he/she holds the position of _Owner_, is authorized to accept service at that address.

_Neil Patel_ is a _white male_ approximately _55_ years of age, stands approximately _5_ feet, _4_ inches tall, weighs approximately _165_ pounds with _Black_ hair and _dark_ eyes.

                          Sworn to before me this
                          _19_ day of November, 2007.

_Dina Sbaraglio_                    _Karen Lee Swickle_
PROCESS SERVER                       KAREN LEE SWICKLE
                                     Notary Public, State of New Jersey
                                     Commission Expires January 7, 2012