**PETER M. LEVINE**
ATTORNEY AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: 212-599-0009
FACSIMILE: 212-836-8663
chief@pmlevinelaw.com



# MEMO ENDORSED

December 5, 2007

Facsimile / 212-805-7917
Hon. Robert P. Patterson
District Court Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

Re: Arcs & Angles, Inc., et ano. v. Neilmax Industries, Inc., et ano.
07 CIV 10378 (RPP)
File No. 200.01

Dear Judge Patterson:

    I represent the plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd.

    I have been contacted by Peter Peterson, Esq., of DeLio & Peterson, LLC, 121 Whitney Avenue, New Haven, Connecticut 06510, 203-787-0595. Although he had not yet officially been retained by the defendants, Mr. Peterson requested an 30-day extension from the current deadline of Monday, December 10, 2007, for defendants to respond to the Complaint. I consented to Mr. Peterson's request.

Very truly yours,

[signature]

PML/dmg

cc: (facsimile.)
    Peter Peterson, Esq.
    Arcs & Angles, Inc.
    Zahner Design Group, Ltd.

*Application granted. Conference adjourned to January 11, 2008 at 9:30 a.m. So ordered.*

12/6/07 [signature] Robert P. Patterson