PETER M. LEVINE
ATTORNEY AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE: 212-599-0009
FACSIMILE: 212-838-8663
chief@pmlevinelaw.com



**MEMO ENDORSED**

January 8, 2008

Facsimile / 212-805-7917
Hon. Robert P. Patterson
District Court Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08
```

Re:   Arcs & Angles, Inc., et ano. v. Neilmax Industries, Inc., et ano.
      07 CIV 10378 (RPP)
      File No. 200.01

Dear Judge Patterson:

    I represent the plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd.

    The parties have agreed to a resolution of this action and expect to complete drafting the settlement papers by the end of this week.

    I therefore request that (1) the time for defendants to respond to the Complaint be adjourned from January 10 to February 7, 2008 and (2) the Case Management Conference be adjourned from January 11 to February 8, 2008. Both defendants' counsel, Peter Peterson, Esq., of DeLio & Peterson, LLC, and I are confident that a Consent Judgment will be submitted to the court well before those dates.

Very truly yours,

*[signature: Peter Levine]*

PML/dmg

cc: (facsimile.)
    Peter Peterson, Esq.
    Arcs & Angles, Inc.
    Zahner Design Group, Ltd.

*Application granted.*
*So ordered.*
*[signature: Robert P. Patterson] USDJ*
*1/8/08*