```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

Plaintiffs,

-against-

NEILMAX INDUSTRIES, INC. and
NIRANJAN PATEL,

Defendants.

**07 Civ. 10378 (RPP)**

**CONSENT JUDGMENT**

A.      Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendants, Neilmax Industries, Inc. ("Neilmax") and Niranjan Patel, have agreed to the entry of this Consent Judgment, which incorporates certain terms, admissions, and covenants of settlement as set forth in the Settlement Agreement resolving the dispute between plaintiffs and defendants.

B.      Each of the parties has read this Consent Judgment and agrees to be fully bound by its terms.

Therefore, IT IS SO ORDERED, ADJUDGED AND DECREED:

1.      During the term of United States Patent No. 6,494,248, Neilmax and any officers, directors, shareholders, employees, successors and assigns of Neilmax, and all those in privity with Neilmax (including but limited to Niranjan Patel), shall cease and desist from:

(a)      manufacturing, producing, distributing, circulating, selling, offering for sale, using, importing, advertising, promoting, or displaying the curtain ring shown in *Exhibit A* or any colorable imitation thereof ;

(b)      assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

2.      During the term of United States Patent No. 6,935,402, Neilmax and any

officers, directors, shareholders, employees, successors and assigns of Neilmax, and all those in privity with Neilmax (including but limited to Niranjan Patel), shall cease and desist from:

(a)     manufacturing, producing, distributing, circulating, selling, offering for sale, using, importing, advertising, promoting, or displaying the curtain ring shown in *Exhibit A* or any colorable imitation thereof;

(b)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

3.     Neilmax and any officers, directors, shareholders, employees, successors and assigns of Neilmax and all those in privity with Neilmax (including but limited to Niranjan Patel) shall cease and desist from displaying in any medium, now known or later developed, any image of any product sold under the mark registered in the United States Patent and Trademark Office on the Supplemental Register as Registration No. 2,381,995, unless authorized by Arcs & Angles, Inc., including but limited to the Curved Shower Rod & Hook Free Curtain image shown in *Exhibit B*.

4.     In addition to any other remedy provided by law, in the event that Neilmax is found to have breached any provision of Paragraph 1 or Paragraph 2 or Paragraph 3 of this Judgment, Neilmax shall pay to Arcs & Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

5.     In addition to any other remedy provided by law, in the event that Niranjan Patel is found to have breached any provision of Paragraph 1 or Paragraph 2 or Paragraph 3 of this Judgment, Niranjan Patel shall pay to Arcs & Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

6.     The Court shall continue to exercise jurisdiction over the parties for the purpose of interpretation and enforcement of the Settlement Agreement and this Consent Judgment.

7.    The parties have consented to the entry of this Consent Judgment without

further notice.

Dated: New York, New York
February 8, 2008

United States District Court Judge

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**

Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendants, Neilmax Industries, Inc. and Niranjan Patel, hereby consent to and approve the foregoing judgment as to form and content, hereby consent to the entry thereof without further notice, and hereby waive all rights of appeal that they, or any of them, may have from said Judgment.

ARCS & ANGLES, INC.

By: _____
John Benis, Secretary-Treasurer

ZAHNER DESIGN GROUP LTD.

By: _____
David Zahner, President

NEILMAX INDUSTRIES, INC..

By: _____
Name: Niranjan Patel
Title: President

_____
NIRANJAN PATEL

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

On the 7th day of ~~January~~ February 2008, before me, the undersigned, personally appeared John Benis,

personally know to me or proved to me on the basis of satisfactory evidence to be the individual

whose name is subscribed to the within instrument and acknowledged to me that he executed the

same in his capacity, and that by his signature on the instrument, the individual, or the person upon

behalf of which the individual acted, executed the instrument.

_____
Notary Public

**PETER LEVINE**
**Notary Public - State of New York**
**No. 02LE4981365**
**Qualified in Westchester County**
**Commission Expires 5/13/07**


STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

On the 6th day of ~~January~~ February 2008, before me, the undersigned, personally appeared David Zahner,

personally know to me or proved to me on the basis of satisfactory evidence to be the individual

whose name is subscribed to the within instrument and acknowledged to me that he executed the

same in his capacity, and that by his signature on the instrument, the individual, or the person upon

behalf of which the individual acted, executed the instrument.

_____
Notary Public

**PETER LEVINE**
**Notary Public - State of New York**
**No. 02LE4981365**
**Qualified in Westchester County**
**Commission Expires 5/13/07**

STATE OF NEW JERSEY          )
                             )ss.:
COUNTY OF _____~~~~_____     )

On the $2$ day of ~~January~~ February 2008, before me, the undersigned, personally appeared
_____Niranjan Patel_____, personally know to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his capacity, and that by his signature on the
instrument, the individual, or the person upon behalf of which the individual acted, executed the
instrument, and that such individual made such appearance before the undersigned in the City of

_____~~~~_____, State of New Jersey.

_____
Notary Public

colplor

STATE OF NEW JERSEY          )
                             )ss.:
COUNTY OF _____~~~~_____     )

On the $2$ day of ~~January~~ February 2008, before me, the undersigned, personally appeared Niranjan Patel,
personally know to me or proved to me on the basis of satisfactory evidence to be the individual
whose name is subscribed to the within instrument and acknowledged to me that he executed the
same in his capacity, and that by his signature on the instrument, the individual, or the person upon
behalf of which the individual acted, executed the instrument, and that such individual made such
appearance before the undersigned in the City of _____~~~~_____, State of New Jersey.

_____
Notary Public

C2\22\cr                                                     6

# EXHIBIT A









# EXHIBIT  B

# Neilmax

## Innovative Hospitality Products

## LCD TV's



**32"
LCD
Only**

**$ 629**

We sale all major brand TV's
Mounting Swivels also available

**Neilmax**  **NO NUISANCE** Single Day
Alarm Clock Radio



**$ 9:99**

**NO NUISANCE** Single Day Alarm
CD Clock Radio with MP3/IPOD input



**NEW**

**$ 49:99**

US & FOREIGN PATENTS PENDING

## Double Quilted, Double Stitched



### Bedspreads

8 oz.
100% Polyster
With Colored
Poly-Cotton Back

Full XL $34:99
Queen $39:99
King $44:99

## 4 ASSORTED DESIGNS

   

Royal Jingle    Summer Feast    Rose Heaven    Jambalaya

## Curved Shower Rod & Hookfree Curtain Combo



**$24:99**

**NEW &
Improved**

Straight & Curved Design
Fits in your existing rod holes

Tilt proof with gone through pin

## Iron With Holder



**$ 19:99**  **NEW**

Three way electronic shut-off
Retractable cord with push button control
Non-stick coating for smooth gliding
Push button steam/dry selector

## Universal REMOTE

Use 2 AAA
Battery  **Neilmax**



Screw For Back Cover

**CAN STOP**
LOST / STOLEN
BATTERIES

**50 pcs..$4.99 Each
100 pcs..$3.99 Each**

We also have Non-Programming Remotes
For all Major Brand TV's

**WHOLESALERS, DISTRIBUTORS & MANUFACTURER SALES REP'S WANTED NATIONWIDE**



**Neilmax Industries Inc.
225 Terminal Ave. clark NJ 07066
PHONE: (732) 680-1001●FAX: (732) 680-1255
Email: nelimax1001@aol.com**

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED:  2/8/08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

                                        Plaintiffs,

                                        **07 Civ. 10378 (RPP)**

                                        **CONSENT JUDGMENT**

            -against-

NEILMAX INDUSTRIES, INC. and
NIRANJAN PATEL,

                                        Defendants.

A.    Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendants, Neilmax Industries, Inc. ("Neilmax") and Niranjan Patel, have agreed to the entry of this Consent Judgment, which incorporates certain terms, admissions, and covenants of settlement as set forth in the Settlement Agreement resolving the dispute between plaintiffs and defendants.

B.    Each of the parties has read this Consent Judgment and agrees to be fully bound by its terms.

Therefore, IT IS SO ORDERED, ADJUDGED AND DECREED:

1.    During the term of United States Patent No. 6,494,248, Neilmax and any officers, directors, shareholders, employees, successors and assigns of Neilmax, and all those in privity with Neilmax (including but limited to Niranjan Patel), shall cease and desist from:

(a)    manufacturing, producing, distributing, circulating, selling, offering for sale, using, importing, advertising, promoting, or displaying the curtain ring shown in *Exhibit A* or any colorable imitation thereof ;

(b)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

2.    During the term of United States Patent No. 6,935,402, Neilmax and any

officers, directors, shareholders, employees, successors and assigns of Neilmax, and all those in privity with Neilmax (including but limited to Niranjan Patel), shall cease and desist from:

    (a)    manufacturing, producing, distributing, circulating, selling, offering for sale, using, importing, advertising, promoting, or displaying the curtain ring shown in *Exhibit A* or any colorable imitation thereof;

    (b)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

3.    Neilmax and any officers, directors, shareholders, employees, successors and assigns of Neilmax and all those in privity with Neilmax (including but limited to Niranjan Patel) shall cease and desist from displaying in any medium, now known or later developed, any image of any product sold under the mark registered in the United States Patent and Trademark Office on the Supplemental Register as Registration No. 2,381,995, unless authorized by Arcs & Angles, Inc., including but limited to the Curved Shower Rod & Hook Free Curtain image shown in *Exhibit B*.

4.    In addition to any other remedy provided by law, in the event that Neilmax is found to have breached any provision of Paragraph 1 or Paragraph 2 or Paragraph 3 of this Judgment, Neilmax shall pay to Arcs & Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

5.    In addition to any other remedy provided by law, in the event that Niranjan Patel is found to have breached any provision of Paragraph 1 or Paragraph 2 or Paragraph 3 of this Judgment, Niranjan Patel shall pay to Arcs & Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

6.    The Court shall continue to exercise jurisdiction over the parties for the purpose of interpretation and enforcement of the Settlement Agreement and this Consent Judgment.

2

7.     The parties have consented to the entry of this Consent Judgment without

further notice.

Dated: New York, New York
      February ___, 2008

United States District Court Judge

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**

Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendants, Neilmax Industries, Inc. and Niranjan Patel, hereby consent to and approve the foregoing judgment as to form and content, hereby consent to the entry thereof without further notice, and hereby waive all rights of appeal that they, or any of them, may have from said Judgment.

ARCS & ANGLES, INC.

By:_____
John Benis, Secretary-Treasurer

ZAHNER DESIGN GROUP LTD.

By:_____
David Zahner, President

NEILMAX INDUSTRIES, INC..

By:_____
Name: Niranjan Patel
Title:  President

_____
NIRANJAN PATEL

4

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

On the 7th day of February 2008, before me, the undersigned, personally appeared John Benis,

personally know to me or proved to me on the basis of satisfactory evidence to be the individual

whose name is subscribed to the within instrument and acknowledged to me that he executed the

same in his capacity, and that by his signature on the instrument, the individual, or the person upon

behalf of which the individual acted, executed the instrument.

_____
Notary Public

**PETER LEVINE**
**Notary Public - State of New York**
**No. 02LE4981365**
**Qualified in Westchester County**
**Commission Expires 5/13/09**

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

On the 6th day of February 2008, before me, the undersigned, personally appeared David Zahner,

personally know to me or proved to me on the basis of satisfactory evidence to be the individual

whose name is subscribed to the within instrument and acknowledged to me that he executed the

same in his capacity, and that by his signature on the instrument, the individual, or the person upon

behalf of which the individual acted, executed the instrument.

_____
Notary Public

**PETER LEVINE**
**Notary Public - State of New York**
**No. 02LE4981365**
**Qualified in Westchester County**
**Commission Expires 5/13/09**

STATE OF NEW JERSEY )
)ss.:
COUNTY OF ~~~~~~ )

On the 2 day of February 2008, before me, the undersigned, personally appeared
Niranjan Patel , personally know to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his capacity, and that by his signature on the
instrument, the individual, or the person upon behalf of which the individual acted, executed the
instrument, and that such individual made such appearance before the undersigned in the City of

~~~~~~ , State of New Jersey.

Notary Public

STATE OF NEW JERSEY )
)ss.:
COUNTY OF ~~~~~~ )

On the 2 day of February 2008, before me, the undersigned, personally appeared Niranjan Patel,
personally know to me or proved to me on the basis of satisfactory evidence to be the individual
whose name is subscribed to the within instrument and acknowledged to me that he executed the
same in his capacity, and that by his signature on the instrument, the individual, or the person upon
behalf of which the individual acted, executed the instrument, and that such individual made such
appearance before the undersigned in the City of ~~~~~~ , State of New Jersey.

Notary Public

6

# EXHIBIT A









# EXHIBIT  B

# Neilmax

# Innovative Hospitality Products

## LCD TV's



**32" LCD Only**

**$ 629**

We sale all major brand TV's
Mounting Swivels also available

**Neilmax**  **NO NUISANCE** Single Day Alarm Clock Radio



**$ 9.99**

**NO NUISANCE** Single Day Alarm CD Clock Radio with MP3/IPOD input



**NEW**

**$ 49.99**

US & FOREIGN PATENTS PENDING

## Double Quilted, Double Stitched



### Bedspreads

8 oz,
100% Polyster
With Colored
Poly-Cotton Back

Full XL $34.99
Queen $39.99
King $44.99

## 4 ASSORTED DESIGNS

   

Royal Jingle    Summer Feast    Rose Heaven    Jambalaya

## Curved Shower Rod & Hookfree Curtain Combo

**$24.99**

**NEW & Improved**

Straight & Curved Design
Fits in your existing rod holes

Tilt proof with gone through pin

## Iron With Holder



**$ 19.99**  **NEW**

Three way electronic shut-off
Retractable cord with push button control
Non-stick coating for smooth gliding
Push button steam/dry selector

## Universal REMOTE

 

Use 2 AAA Battery

**Neilmax**

Screw For Back Cover

**CAN STOP** LOST / STOLEN BATTERIES

50 pcs..$4.99 Each
100 pcs..$3.99 Each

We also have Non-Programming Remotes
For all Major Brand TV's

**WHOLESALERS, DISTRIBUTORS & MANUFACTURER SALES REP'S WANTED NATIONWIDE**



**Neilmax Industries Inc.**
**225 Terminal Ave. clark NJ 07066**
PHONE: (732) 680-1001●FAX: (732) 680-1255
Email: nelimax1001@aol.com

*PATTERSON, S.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCS & ANGLES, INC. and
ZAHNER DESIGN GROUP LTD.,

Plaintiffs,

**07 Civ. 10378 (RPP)**

**CONSENT JUDGMENT**

-against-

NEILMAX INDUSTRIES, INC. and
NIRANJAN PATEL,

Defendants.

A.    Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendants, Neilmax Industries, Inc. ("Neilmax") and Niranjan Patel, have agreed to the entry of this Consent Judgment, which incorporates certain terms, admissions, and covenants of settlement as set forth in the Settlement Agreement resolving the dispute between plaintiffs and defendants.

B.    Each of the parties has read this Consent Judgment and agrees to be fully bound by its terms.

Therefore, IT IS SO ORDERED, ADJUDGED AND DECREED:

1.    During the term of United States Patent No. 6,494,248, Neilmax and any officers, directors, shareholders, employees, successors and assigns of Neilmax, and all those in privity with Neilmax (including but limited to Niranjan Patel), shall cease and desist from:

(a)    manufacturing, producing, distributing, circulating, selling, offering for sale, using, importing, advertising, promoting, or displaying the curtain ring shown in *Exhibit A* or any colorable imitation thereof ;

(b)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

2.    During the term of United States Patent No. 6,935,402, Neilmax and any

officers, directors, shareholders, employees, successors and assigns of Neilmax, and all those in privity with Neilmax (including but limited to Niranjan Patel), shall cease and desist from:

    (a)    manufacturing, producing, distributing, circulating, selling, offering for sale, using, importing, advertising, promoting, or displaying the curtain ring shown in *Exhibit A* or any colorable imitation thereof;

    (b)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraph (a) above.

3.    Neilmax and any officers, directors, shareholders, employees, successors and assigns of Neilmax and all those in privity with Neilmax (including but limited to Niranjan Patel) shall cease and desist from displaying in any medium, now known or later developed, any image of any product sold under the mark registered in the United States Patent and Trademark Office on the Supplemental Register as Registration No. 2,381,995, unless authorized by Arcs & Angles, Inc., including but limited to the Curved Shower Rod & Hook Free Curtain image shown in *Exhibit B*.

4.    In addition to any other remedy provided by law, in the event that Neilmax is found to have breached any provision of Paragraph 1 or Paragraph 2 or Paragraph 3 of this Judgment, Neilmax shall pay to Arcs & Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

5.    In addition to any other remedy provided by law, in the event that Niranjan Patel is found to have breached any provision of Paragraph 1 or Paragraph 2 or Paragraph 3 of this Judgment, Niranjan Patel shall pay to Arcs & Angles, Inc. liquidated damages in the amount of $100 per day, per item, from the date of the breach through the date such breach is cured.

6.    The Court shall continue to exercise jurisdiction over the parties for the purpose of interpretation and enforcement of the Settlement Agreement and this Consent Judgment.

7.     The parties have consented to the entry of this Consent Judgment without

further notice.

Dated: New York, New York
       February _&_ 2008

_____
United States District Court Judge


**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____**

3

Plaintiffs, Arcs & Angles, Inc. and Zahner Design Group Ltd., and defendants, Neilmax Industries, Inc. and Niranjan Patel, hereby consent to and approve the foregoing judgment as to form and content, hereby consent to the entry thereof without further notice, and hereby waive all rights of appeal that they, or any of them, may have from said Judgment.

ARCS & ANGLES, INC.

By: _____
John Bellis, Secretary-Treasurer

ZAHNER DESIGN GROUP LTD.

By: _____
David Zahner, President

NEILMAX INDUSTRIES, INC..

By: _____
Name: Niranjan Patel
Title: President

_____
NIRANJAN PATEL

4

STATE OF NEW YORK      )
                                   )ss.:
COUNTY OF NEW YORK   )

On the 7th day of ~~January~~ February 2008, before me, the undersigned, personally appeared John Benis,

personally know to me or proved to me on the basis of satisfactory evidence to be the individual

whose name is subscribed to the within instrument and acknowledged to me that he executed the

same in his capacity, and that by his signature on the instrument, the individual, or the person upon

behalf of which the individual acted, executed the instrument.

_____
Notary Public

**PETER LEVINE**
**Notary Public - State of New York**
**No. 02LE4981365**
**Qualified in Westchester County**
**Commission Expires 5/13/09**


STATE OF NEW YORK      )
                                   )ss.:
COUNTY OF NEW YORK   )

On the 6th day of ~~January~~ February 2008, before me, the undersigned, personally appeared David Zahner,

personally know to me or proved to me on the basis of satisfactory evidence to be the individual

whose name is subscribed to the within instrument and acknowledged to me that he executed the

same in his capacity, and that by his signature on the instrument, the individual, or the person upon

behalf of which the individual acted, executed the instrument.

_____
Notary Public

**PETER LEVINE**
**Notary Public - State of New York**
**No. 02LE4981365**
**Qualified in Westchester County**
**Commission Expires 5/13/09**

STATE OF NEW JERSEY )
)ss.:
COUNTY OF ~~~~~~ )

On the 2 day of ~~January~~ February 2008, before me, the undersigned, personally appeared
Niranjan Patel            , personally know to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the within instrument and
acknowledged to me that he executed the same in his capacity, and that by his signature on the
instrument, the individual, or the person upon behalf of which the individual acted, executed the
instrument, and that such individual made such appearance before the undersigned in the City of

~~Edison~~ , State of New Jersey.

Notary Public

Odozlov

STATE OF NEW JERSEY )
)ss.:
COUNTY OF ~~~~~ )

On the 2 day of ~~January~~ February 2008, before me, the undersigned, personally appeared Niranjan Patel,
personally know to me or proved to me on the basis of satisfactory evidence to be the individual
whose name is subscribed to the within instrument and acknowledged to me that he executed the
same in his capacity, and that by his signature on the instrument, the individual, or the person upon
behalf of which the individual acted, executed the instrument, and that such individual made such
appearance before the undersigned in the City of ~~Edison~~ , State of New Jersey.

Notary Public

Odozlov

6

# EXHIBIT A









# EXHIBIT  B

# Neilmax

## *Innovative* Hospitality Products

### LCD TV's



**32" LCD Only**

**$ 629**

We sale all major brand TV's
Mounting Swivels also available

### Neilmax    NO NUISANCE Single Day Alarm Clock Radio



**$ 9.99**

**NO NUISANCE** Single Day Alarm
CD Clock Radio with MP3/IPOD input



NEW

**$ 49.99**

US & FOREIGN PATENTS PENDING

### Double Quilted, Double Stitched



**Bedspreads**

8 oz,
100% Polyster
With Colored
Poly-Cotton Back

Full XL $34.99
Queen $39.99
King $44.99

### 4 ASSORTED DESIGNS


Royal Jingle


Summer Feast


Rose Heaven

Jambalaya

### Curved Shower Rod & Hookfree Curtain Combo



**$24.99**

NEW & Improved

Straight & Curved Design
Fits in your existing rod holes

Tilt proof with gone through pin

### Iron With Holder



**$ 19.99**    NEW

Three way electronic shut-off
Retractable cord with push button control
Non-stick coating for smooth gliding
Push button steam/dry selector

### Universal REMOTE



Use 2 AAA Battery

**Neilmax**

Screw For Back Cover

**CAN STOP** LOST / STOLEN BATTERIES

**50 pcs..$4.99 Each
100 pcs..$3.99 Each**

We also have Non-Programming Remotes
For all Major Brand TV's

---

**WHOLESALERS, DISTRIBUTORS & MANUFACTURER SALES REP'S WANTED NATIONWIDE**



**Neilmax Industries Inc.
225 Terminal Ave. clark NJ 07066
PHONE: (732) 680-1001●FAX: (732) 680-1255
Email: nelimax1001@aol.com**